AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
February 10, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Myrna Gallegos
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Merrie SARINANA | ) Case No. |
| Defendant(s) | ) EP:26-MJ-0766-ATB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 6, 2026** in the county of **Hudspeth** in the
**Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1324(a)(1)(A)(ii) and (a)(1)(B)(ii) | knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States in furtherance of said violation of law. |

This criminal complaint is based on these facts:

Charge #1: DEFENDANT: Merrie SARINANA

☑ Continued on the attached sheet.

*Complainant's signature*
Cesar Ponce, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/10/2026

*Judge's signature*
Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

City and state: El Paso, Texas

Complaint sworn to telephonically on February 10, 2026 at 01:03 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Merrie SARINANA

PEPT# PEPT260200508

02/10/2026

FACTS    (CONTINUED)

On Friday, February 6, 2026, Border Patrol Agents assigned to the Fort Hancock Border Patrol Area of Responsibility were notified that a camera operator observed three individuals just north of the international boundary. An agent in the area also observed a gray, Toyota Camry driving along the Hudspeth Canal, just south of Texas State Route 20 (TX-20). The camera operator then observed the individuals board the gray, Toyota Camry and relayed the information to agents in the area.

This area is located less than a quarter of a mile north of the United States/Mexico international boundary. This area is utilized frequently by smugglers to pick up illegal aliens who seek to further their illegal entry into the United States and flee undetected. Smugglers utilize this area due to its proximity to the border and the surrounding desert brush area where illegal aliens can hide from law enforcement. This area also provides smuggling vehicles with the ability to quickly access the highway and blend in with legitimate vehicular traffic.

An agent observed the gray Camry traveling southbound on the Hudspeth Canal Road in Fort Hancock, Texas, in the Western District of Texas. The agent then observed as the Camry pulled over and several individuals bailed out of the vehicle before the agent could conduct an investigatory stop. The driver of the Camry remained in the vehicle and was approached by agents. The driver was later identified as Merrie SARINANA, the DEFENDANT, and was determined to be a United States Citizen.

Additional agents in the area were able to apprehend one of the individuals that bailed out from the Camry. Agents identified themselves as Border Patrol to the individual and questioned them as to their citizenship and nationality. The individual was determined to being illegally present in the United States without immigration documents that would allow them to be or remain in country legally. The DEFENDANT and the illegal alien were placed under arrest and transported to the Fort Hancock Border Patrol Station for further processing and investigation.

In a post-Miranda statement, the DEFENDANT stated that she was contacted by an alien smuggler through WhatsApp and was offered a job. The DEFENDANT stated that the individuals she was picking up were illegal aliens. The DEFENDANT stated that she was provided with a pick-up location for the illegal aliens and that she was instructed to take them to El Paso, Texas. The DEFENDANT stated that she was going to be paid $800 for transporting the group of illegal aliens. The DEFENDANT also admitted to picking up two illegal aliens two days prior and that she took them to a gas station in El Paso.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
None Found

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Merrie SARINANA

PEPT# PEPT260200508

02/10/2026

FACTS    (CONTINUED)

Criminal History:
None Found